UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAMARA NEEDHAM, | 4:25-CV-04226-RAL |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE |
| WARDEN, SPC-PHOENIX, UNITED STATES OF AMERICA, | |
| Defendants. | |

Petitioner Damara Needham filed a pro se petition under 28 U.S.C. § 2241 challenging the calculation of her sentence. Doc. 1. This matter was referred to Magistrate Judge Veronica L. Duffy who on November 18, 2025, issued a Report and Recommendation that the petition be dismissed without prejudice or transferred to the District of Arizona. Doc. 3. The Report and Recommendation alerted Needham that she had fourteen (14) days after service to object and that failure to timely object waived the right to appeal questions of fact. Doc. 3 at 2. Needham has not timely filed any objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and finds no error of law within it. Given the absence of timely objection, this Court need not review the facts de novo. United States v. Williams, 557 F.3d 943, 948 (8th Cir. 2009) (citing Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986)); Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990). For good cause it is

ORDERED that the Report and Recommendation, Doc. 3, is adopted and the Petition, Doc. 1, is dismissed without prejudice to allow Needham to refile her petition in the District of Arizona.

1

DATED this 16th day of December, 2025.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE